In the Matter of the Probate of the Last Will and Testament and the Issuance of Letters of Administration with the Will Annexed of RUBY ACKERMAN, Also Known as RUBY ACKERMAN MULLER, Deceased. ABRAHAM MULLER, Appellant; EDNA E. ACKERMAN and SADIE A. MOSES, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston. JJ.